```
BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 01-0171 LKK |
| )  Plaintiff, ) | STIPULATION AND ORDER |
| ) v. ) | |
| ) MELKON ARMEN KARAPETYAN, ) | Date: October 1, 2013 |
| )  Defendant. ) | Time: 9:15 a.m. |
| _____) | Hon. Lawrence K. Karlton |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Melkon Karapetyan and his attorney, that the status conference hearing set for August 20, 2013, be vacated, and a status conference hearing on judgment and sentence be set for October 1, 2013 at 9:15 a.m. The parties are continuing to attempt to reach a resolution regarding sentencing.

DATED: August 15, 2013          /s/ Philip Ferrari for
                                JILBERT TAHMAZIAN, ESQ.
                                Attny. for Melkon Karapetyan

///

-1-

DATED: August 15, 2013         BENJAMIN WAGNER
                               United States Attorney


                          By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney


   IT IS ORDERED that the status conference currently set for August 20, 2013, is vacated, and a new status conference on judgment and sentence is set for October 1, 2013, at 9:15 a.m.


   **IT IS SO ORDERED.**


DATED: August 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT