JILBERT TAHMAZIAN; SBN: 143574
ARGINE KADYMYAN; SBN: 285492
**LAW OFFICES OF JILBERT TAHMAZIAN**
1518 West Glenoaks Blvd.,
Glendale, CA 91201
Telephone:    (818) 242-8201
Facsimile:    (818) 242-8246

Attorneys for Defendant,
MELKON ARMEN KARAPETYAN

## IN THE UNITED STATE DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | CASE NO. 2:01-cr-00171-LKK-1 |
| Plaintiff, | |
| v. | **ORDER ALLOWING CONTINUANCE OF SENTENCING** |
| MELKON ARMEN KARAPETYAN, | |
| Defendant. | Hon. Lawrence K. Karlton |

GOOD CAUSE BEING SHOWN and the parties being in agreement, it is hereby ordered that:

1) Defendant Melkon Armen Karapetyan's Sentencing is continued to April 29, 2014.

DATED: March 11, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1